Mark D. Johnson (SBN 90544)
JOHNSON & BECK, LLP
12232 East Kings Canyon Road
Sanger, CA 93657
Tel: (559) 875-2800 Fax: (559) 875-2803

Attorney for Plaintiff:
KIETH A. NILMEIER FARMS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIETH A. NILMEIER FARMS,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DOW CHEMICAL, INC.,<br>THE DOW CHEMICAL COMPANY,<br>DOW AGROSCIENCES, LLC<br>And Does<br>　　　　　Defendants.<br>_____ | ) Case No: 1:05 CV 00654 REC SMS<br>)<br>) **DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TO THE CLERK**: Please **dismiss with prejudice** this entire case as to all parties and all causes of action.

　　DATED:　July18, 2005　.　　　　　/s/ Mark D. Johnson
　　　　　　　　　　　　　　　　　MARK D. JOHNSON
　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　KEITH A. NILMEIER FARMS

**Dismissal entered as requested on** July　25　, 2005.

　　DATED:　July 25, 2005　.　　　　By; ___/s/ ROBERT E. COYLE

　　　　　　　　　　　　　　　　　U.S. District Court Judge

*Nilmeier v. Dow*　　　　　　　　　　　　　　Case No. 1:05 CV 00654 REC SMS

---

**Page 1**

**PROOF OF SERVICE**

**State of California, County of Fresno**

 1.  I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen (18) years and not a party to the within action; my business address is:

12232 E. KINGS CANYON, SANGER, CALIFORNIA 93657.

 On July 19, 2005, I served the foregoing documents described as:

**DISMISSAL;**

on the parties in said action by delivering a true copy thereof, on the following parties/counsel:

Ms. Farah S. Nicol, Esq.     Fax: (213) 243-6330
McKenna, Long & Aldridge, LLP
444 S. Flower, Suite 800
Los Angeles, CA  90071

The following is the procedure in which service of this document was effected:

XX  U. S. Postal Service placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U. S. mailbox in the City of Sanger, California after the close of the day's business.

__  U. S. Postal Express Mail

__  Federal Express

XX FAX

__  Personal Service

__  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XX (Federal) I declare under penalty of perjury that the forgoing is true and correct, and that I am employed at the office of a member of the Bar of this Court at whose direction the service was made.

 Executed on July 19, 2005, at Sanger, California.


      /s/  Mark D. Johnson_____
       Mark D. Johnson

*Nilmeier v. Dow*      - 2 -     Case No. 1:05 CV 00654 REC SMS

PDF created with pdfFactory trial version www.pdffactory.com